# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134664

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COMPLETE AUTO & TRUCK PARTS, INC.,
        Plaintiff-Appellee,

v

CITY OF FLINT,
        Defendant-Appellant.

SC: 134664
COA: 268485
Genesee CC: 04-080445-CK

_____/

        On order of the Court, the application for leave to appeal the July 3, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

s1119